UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
:
OFFICE DEPOT, INC. and :
OCS ACQUISITION CORP., :     Civil Action No.
: 07 CV 2871 (DLC)
Plaintiffs, :
:
against- :
:     **AFFIDAVIT OF SERVICE**
ROGER POST, :
:
Defendant. :
:
-------------------------------------------------X

State of New York   )
                    ) ss.:
County of New York  )

JOHN PASTERICK, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 21 years of age.

2. I am employed by the law firm of Nixon Peabody LLP, 437 Madison Avenue, New York, New York 10022, attorneys for Defendant, Roger Post.

3. On April 11, 2007 I served true copies of the Notice of Removal in this Proceeding by depositing said copies in a postage-paid, sealed envelope in a depository under the exclusive care and custody of the United States Postal Service within the City and State of New York addressed to the following attorneys for the Plaintiffs:

S. Robert Schrager, Esq.  
HODGSON RUSS LLP  
60 East 42nd Street  
37th Floor  
New York, New York 10165-0159  

John E. Joiner, Esq.  
Luba Shur, Esq.  
WILLIAMS & CONNOLLY LLP  
725 12th Street, NW  
Washington D.C. 20005  

_____  
JOHN PASTERICK  

Sworn to before me this  
11th day of April, 2007  

_____  
Notary Public  

KAREN J. MUZZILLO  
Notary Public, State of New York  
No. 03-4758972  
Qualified in Bronx County  
Certificate Filed in New York County  
Commission Expires August 31, 2010