Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE DEPOT, INC. and
OCS ACQUISITION CORP.,

                               Plaintiffs,

           - against -

ROGER POST,

                               Defendant.

Index No. 07 CV 2871 (DLC)

STIPULATION EXTENDING TIME

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Roger Post to answer or otherwise respond to the Complaint is hereby extended up to and including May 21, 2007. Defendant's original deadline to answer or otherwise respond to the Complaint is April 24, 2007. Defendant has not previously requested an extension of time in this matter.

Dated: April 24, 2007

HODGSON RUSS LLP

_____
By: S. Robert Schrager (RS-0952)
     Alba Alessandro (AA-0048)
60 East 42nd Street
37th Floor
New York, New York 10165-0159
Tel: (212) 661-3535
Fax: (212) 972-1677

*Attorneys for Plaintiffs Office Depot, Inc. and OCS Acquisition Corp.*

NIXON PEABODY LLP

_____
By: Matthew T. McLaughlin (MM-7462)
437 Madison Avenue
New York, New York 10022
Tel: (212) 940-3000
Fax: (212) 940-3111

*Attorneys for Defendant Roger Post*

SO ORDERED:

_____
U.S.D.J.

May 2, 2007

nunc pro tunc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/07

ECF NOTICE SENT TO:

Matthew T. McLaughlin
Nixon Peabody, LLP


COPIES MAILED TO:

S. Robert Schrager
Alba Alessandro
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165-0159