UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OFFICE DEPOT, INC. and OCS ACQUISITION CORP.,

                          Plaintiffs,

v.                                        07 CIV. 2871 (DLC)

ROGER POST,

                          Defendant.

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                : ss.
COUNTY OF NEW YORK   )

       Amy K. Hawk, duly sworn, deposes and says:

1. I am an employee with Hodgson Russ LLP.

2. I am over the age of 18.

3. On May 9, 2007, I served, by U.S. Mail, postage prepaid, Notice of Initial Pretrial Conference and Stipulation Extending Time, dated May 2, 2007 on:

       Matthew T. McLaughlin
       NIXON PEABODY
       *Attorneys for Defendant*
       437 Madison Avenue
       New York, New York 10022

                                                      Amy K. Hawk

Sworn to before me
this 9th day of May, 2007

_____
Notary Public

                                          EUNICE KIM
                                NOTARY PUBLIC, STATE OF NY
                                   NO. 01KI5051998
                              QUALIFIED IN QUEENS COUNTY
                               COMM. EXP. NOV. 13, 20 09