UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE DEPOT, INC., and
OCS ACQUISITION CORP,
                             *Plaintiffs*,

              –against–

ROGER POST,
                             *Defendant.*

07 Civ. 2871
(DLC)

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that S. Robert Schrager, Hodgson Russ LLP, hereby appears as attorneys for OFFICE DEPOT, INC., and OCS ACQUISITION CORP., plaintiffs herein, and requests that all notices, papers and other documents served in this case be served upon its attorneys at the following addresses:

                S. Robert Schrager
                **HODGSON RUSS LLP**
                60 East 42nd Street, 37th Floor
                New York, New York 10165-0159
                Telephone:   (212) 661-3535

                John E. Joiner (*pro hac vice application forthcoming*)
                Luba Shur (*pro hac vice application forthcoming*)
                **WILLIAMS & CONNOLLY LLP**
                725 12th Street, NW
                Washington, DC 20005
                Telephone:   (202) 434-5000

      Annexed hereto is the Complaint, with Exhibit 1 thereto, which was filed in the New York State Supreme Court, County of New York.

Dated: New York, New York
       May 9, 2007

                _s/S. Robert Schrager_____
                S. Robert Schrager
                **HODGSON RUSS LLP**
                60 East 42nd Street, 37th Floor
                New York, New York 10165-0159
                Telephone:   (212) 661-3535