UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFFICE DEPOT, INC., and<br>OCS ACQUISITION CORP,<br><br>                              *Plaintiffs,*<br><br>–against–<br><br>ROGER POST,<br><br>                              *Defendant.* | 07 Civ. 2871<br>(DLC) |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT
FOR PLAINTIFFS OFFICE DEPOT, INC. AND OCS ACQUISITION CORP.**

    Plaintiffs Office Depot, Inc. and OCS Acquisition Corp., by their undersigned counsel, state pursuant to Federal Rule of Civil Procedure 7.1 as follows: Office Depot, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock. OCS Acquisition Corp. is a subsidiary of Office Depot, Inc., which owns 100% of the stock of OCS Acquisition Corp.

Dated: New York, New York
    May 11, 2007

                 Respectfully submitted,

                 s/S. Robert Schrager
                 S. Robert Schrager (RS-0952)
                 **HODGSON RUSS LLP**
                 60 East 42nd Street
                 New York, New York 10165
                 Tel.: (212) 661-3535
                 Fax: (212) 972-1677

                 *Attorneys for Plaintiffs Office Depot, Inc.
                 and OCS Acquisition Corp.*