USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OFFICE DEPOT, INC. and
OCS ACQUISITION CORP.,

            Plaintiffs,

- against -

ROGER POST,

            Defendant.

Index No. 07 CV 2871
(DLC)

STIPULATION
EXTENDING TIME

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Roger Post to answer or otherwise respond to the Complaint is hereby extended up to and including May 25, 2007. Defendant's original deadline to answer or otherwise respond to the Complaint was April 24, 2007. The parties previously stipulated to one extension of time until May 21, 2007, which was So Ordered by this Court on May 2, 2007.

Dated: May 18, 2007

HODGSON RUSS LLP

By: S. Robert Schrager (RS-0952)
    Alba Alessandro (AA-0048)
60 East 42nd Street
37th Floor
New York, New York 10165-0159
Tel: (212) 661-3535
Fax: (212) 972-1677

*Attorneys for Plaintiffs Office Depot, Inc. and OCS Acquisition Corp.*

NIXON PEABODY LLP

By: Matthew T. McLaughlin (MM-7462)
437 Madison Avenue
New York, New York 10022
Tel: (212) 940-3000
Fax: (212) 940-3111

*Attorneys for Defendant Roger Post*

SO ORDERED:

_____
U.S.D.J.
May 22, 2007

10582004.1