

LAW OFFICES
# Stephen W. Rider, P.C.

March 9, 2007

**BY FAX, EMAIL AS A PDF FILE AND FIRST CLASS MAIL**

John E. Joiner, Esq.　　　　　　　　　Daniel F. Katz, Esq.
Williams & Connolly, LLP　　　　　　Williams & Connolly LLP
725 Twelfth Street, N.W.　　　　　　 725 12th Street, NW
Washington, D.C. 20005-5901　　　　 Washington, DC 20005
Fax:  202-434-5029　　　　　　　　　Fax:  202-434-5029

Stephen R. Calkins, Esq.
Senior Managing Counsel
Office Depot, Inc.
2200 Old Germantown Road
Delray, FL  33445
Fax:  561-438-5231

　　　　　RE:　　Settlement Agreement dated as of February 8, 2007

Gentlemen:

　　　　On February 20, 2007, Attorney Thaxter faxed you a WB Mason Notice Of Hire informing you that W.B. Mason Company, Inc. had hired Roger Post.

　　　　Under the Settlement Agreement dated as of February 8, 2007, Office Depot had until five (5) business days thereafter in which either to provide an agreement between Mr. Post and Allied containing post-employment restrictive covenants or to acknowledge the agreement sent by Attorney Thaxter with the WB Mason Notice of Hire.  That five (5) business day period expired on February 27, 2007 and Office Depot did neither.

　　　　Accordingly, pursuant to the second paragraph of Section III(A) of the Settlement Agreement, this will confirm that Mr. Post "shall not be subject to any post-employment restrictive covenants enforceable by either Allied or Office Depot, except as expressly provided in Section IV of [the] Settlement Agreement concerning the non-disclosure of trade secrets and confidential or proprietary information."

　　　　Attorney Thaxter is traveling today but has reviewed and confirmed the substance of this letter on behalf of her client, W.B. Mason Company, Inc.

**350 Lincoln Place, Suite 2400, Hingham, MA  02043   Tel.  781.740.1289    Fax  781.207.9160**



LAW OFFICES
Stephen W. Rider, P.C.

John E. Joiner, Esq.
March 9, 2007
Page 2

       Thank you for your attention.

                                       Very truly yours,

                                       Stephen W. Rider

cc:    Mark Rogart, Esq.