UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE DEPOT, INC. and OCS ACQUISITION CORP.,

    Plaintiffs,

vs.

ROGER POST,

    Defendant.

ROGER POST and W.B. MASON COMPANY, INC.,

    Counterclaim Plaintiffs,

vs.

OFFICE DEPOT, INC. and OCS ACQUISITION CORP.,

    Counterclaim Defendants.

O7 CIV. 2871 (DLC)

### COUNTERCLAIM PLAINTIFF W.B. MASON COMPANY, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counterclaim Plaintiff W.B. Mason Company, Inc. by its undersigned counsel Nixon Peabody LLP, affirms that it has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

10598144.1

- 2 -

Dated: Boston, Massachusetts
       May 25, 2007

                             **NIXON PEABODY LLP**

By:   /s/ Matthew T. McLaughlin
       Matthew T. McLaughlin (MM-7462)

       100 Summer Street
       Boston, MA 02110
       Tel: (617) 345-1000
       Fax: (617) 345-1300

       *Attorneys for Counterclaim Plaintiff*
       *W.B. Mason Company, Inc.*