# NIXON PEABODY LLP
ATTORNEYS AT LAW



100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Matthew T. McLaughlin
Direct Dial: (617) 345-6154
Direct Fax: (866) 440-6480
E-Mail: mmclaughlin@nixonpeabody.com

**MEMO ENDORSED**

May 24, 2007

**VIA OVERNIGHT MAIL**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/07
```

RE:   *Office Depot, Inc. et al. v. Post*, No. 07 CV 2871 (DLC)

Dear Judge Cote:

We represent Defendant Roger Post in the referenced action. We write to request an adjournment of the Initial Pretrial Conference in this action, which is currently scheduled for June 22, 2007. We request an adjournment for one week, to June 29, 2007.

The reason for this request is that Mr. Post's principal trial counsel, Deborah L. Thaxter, Esq. of Nixon Peabody LLP, is unable to attend the conference on June 22, 2007. On that date, Attorney Thaxter is to appear before a judge in Munich, Germany for a deposition in a case she is defending against the Securities & Exchange Commission. This deposition is being taken by the SEC pursuant to the Hague Convention on Taking of Evidence Abroad in Civil or Commercial Matters, and the Munich judge has ordered that the deposition take place in his courtroom on June 22, 2007.

Plaintiffs have consented to this request for adjournment. This is the first request that has been made to reschedule this conference. All counsel are available for the conference on Friday, June 29, 2007. Thank you for your consideration of this request.

Respectfully submitted,

Matthew T. McLaughlin

*Conference is adjourned to June 29 at 9:30 am.*

*Denise Cote*
*May 25, 2007*

10591711.1

The Honorable Denise L. Cote
May 24, 2007
Page 2


cc:     Deborah L. Thaxter, Esq. (via e-mail)
        S. Robert Schrager, Esq. (via e-mail)
        John Joiner, Esq. (via e-mail)

10591711.1