**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK** SCANNED

**OFFICE DEPOT, INC., and**
**OCS ACQUISITION CORP,**

07 Civ. 2871
(DLC)

*Plaintiffs,*

–against–

**NOTICE OF MOTION FOR**
**ADMISSION *PRO HAC VICE***

**ROGER POST,**

*Defendant.*

Granted.

May 29, 2007

PLEASE TAKE NOTICE that, upon the annexed declaration of S. Robert

Schrager, dated May 17, 2007, in support of this motion, and upon the declarations of John E.

Joiner and Luba Shur, as applicants for admission *pro hac vice*, and upon the annexed

certifications of good standing, the undersigned will move this Court before the Honorable

Denise L. Cote, United States District Judge, at the United States Courthouse for the Southern

District of New York located at 500 Pearl Street, New York, NY, 10007, pursuant to Rule 1.3 (c)

of the Local Rules of the United States District Courts for the Southern and Eastern Districts of

New York for an Order allowing the admission of said applicants, as attorneys *pro hac vice* to

argue or try this case in whole or in part as counsel. Movant S. Robert Schrager will act as local

counsel for the Applicants.

Dated: New York, New York
        May 21, 2007

S. Robert Schrager (SRS0952)
**HODGSON RUSS LLP**
*Attorneys for Plaintiffs*
60 East 42nd Street
New York, New York 10165
(212) 661-3535

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07