UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFFICE DEPOT, INC. and OCS ACQUISITION CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> ROGER POST, <br><br> Defendant. | Index No. 07 CV 2871 (DLC) <br><br> **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| ROGER POST and W.B. MASON COMPANY, INC., <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> OFFICE DEPOT, INC. and OCS ACQUISITION CORP., <br><br> Counterclaim Defendants. | |



Granted
[signature]
June 21, 2007

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew T. McLaughlin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Applicant's Name: Stephen W. Rider
> Firm Name: Law Offices of Stephen W. Rider, P.C.
> Address: 350 Lincoln Place, Suite 2400
> City/State/Zip: Hingham, MA 02043
> Phone Number: (781) 740-1289
> Fax Number: (781) 207-9160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07

10597544.1