SCANNED                    ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE DEPOT, INC. and OCS
ACQUISITION CORP.,

    Plaintiffs,

vs.

ROGER POST,

    Defendant.

ROGER POST and W.B. MASON
COMPANY, INC.,

    Counterclaim Plaintiffs,

vs.

OFFICE DEPOT, INC. and OCS
ACQUISITION CORP.,

    Counterclaim Defendants.

Index No. 07 CV 2871 (DLC)

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew T. McLaughlin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Deborah L. Thaxter |
| Firm Name: | Nixon Peabody LLP |
| Address: | 100 Summer Street |
| City/State/Zip: | Boston, MA 02110 |
| Phone Number: | (617) 345-1000 |
| Fax Number: | (617) 345-1300 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07

10597523.1