*10585.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV. 2871 (DLC)

---

OFFICE DEPOT, INC. and OCS
ACQUISITION CORP.,

        Plaintiffs,

vs.

ROGER POST,

        Defendant.

---

ROGER POST and W.B. MASON COMPANY, INC.,

        Counterclaim Plaintiffs.

vs.

OFFICE DEPOT, INC. and OCS
ACQUISITION CORP.,

        Counterclaim Defendants.

---

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 7/19/07*

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF
## ROGER POST

To all parties and their attorneys of record:

    Please take notice that Defendant and Counterclaim Plaintiff Roger Post substitutes his counsel and attorney of record in this matter. Defendant and Counterclaim Plaintiff Roger Post's former counsel,

| | |
|---|---|
| Matthew T. McLaughlin<br>Deborah L. Thaxter<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, N.Y. 10022<br>(212) 940-3000<br>Facsimile: (212) 940-3111 | Stephen W. Rider, Esq.<br>Stephen W. Rider, P.C.<br>350 Lincoln Place, Suite 2400<br>Hingham, MA 02043<br>Tel. (781) 740-1289<br>Fax. (781) 207-9160 |

is no longer Defendant and Counterclaim Plaintiff Roger Post's attorney in this matter.

Defendant and Counterclaim Plaintiff Roger Post's new attorney of record in this matter, on whom all notices and papers may be served, is:

> Jonathan Ben-Asher (JB-A 4572)
> Beranbaum Menken Ben-Asher & Bierman LLP
> 80 Pine Street - 32nd floor
> New York, N.Y. 10005
> Telephone: (212) 509-1616 ext. 11
> Facsimile: (212) 509-8088
> E-mail: jb-a@bmbblaw.com

Substituted counsel for Post certifies that this substitution will not delay the proceedings in this matter.

The undersigned consent to the substitution described above.

Dated: July 11, 2007

_____
Roger Post
Defendant and Counter Claim Plaintiff

_____
Matthew T. McLaughlin (MM-7462)
Deborah L. Thaxter
Nixon Peabody LLP
437 Madison Avenue
New York, N.Y. 10022
(212) 940-3000
Facsimile: (212) 940-3111
Former attorneys for Defendant and Counterclaim Plaintiff
Roger Post

_____
Jonathan Ben-Asher (JB-A 4572)
Beranbaum Menken Ben-Asher & Bierman LLP
Attorney for Defendant and Counterclaim Plaintiff Roger Post
80 Pine Street - 32nd floor
New York, N.Y. 10005
Telephone: (212) 509-1616 ext. 11
Facsimile: (212) 509-8088

SO ORDERED:

_____
U.S.D.J.

July 19, 2007