UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFFICE DEPOT, INC., and<br>OCS ACQUISITION CORP,<br><br>       *Plaintiffs,*<br><br>    –against–<br><br>ROGER POST,<br><br>       *Defendant.*<br>ROGER POST and W.B. MASON COMPANY, INC.<br><br>     *Counterclaim Plaintiffs,*<br><br>    –against–<br><br>OFFICE DEPOT, INC., and<br>OCS ACQUISITION CORP<br><br>     *Counterclaim Defendants.* | 07 Civ. 2871<br>(DLC) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs and Counterclaim Defendants Office Depot, Inc. and OCS Acquisition Corp., and Defendant and Counterclaim Roger Post, through their attorneys, stipulate and agree that Plaintiff's Complaint against Roger Post and Roger Post's Counterclaim against Office Depot, Inc. and OCS Acquisition Corp. are hereby dismissed with prejudice.

The parties will bear their own attorneys' fees and costs.

| | |
|---|---|
| HODGSON RUSS LLP<br><br>By: ___/s/ S. Robert Schrager___<br>S. Robert Schrager (RS-0952)<br>60 East 42nd Street<br>New York, New York 10165<br>Tel.: (212) 661-3535<br>Fax: (212) 972-1677<br><br>*Attorneys for Plaintiffs Office Depot, Inc. and OCS Acquisition Corp.* | BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP<br><br>By: ___/s/ Jonathan Ben-Asher___<br>Jonathan Ben-Asher<br>80 Pine Street - 32nd floor<br>New York, New York<br>Tel.: (212) 509-1616 ext. 11<br>Fax: (212) 509-8088<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Roger Post* |

Dated: July 19, 2007