UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**OFFICE DEPOT, INC., and**
**OCS ACQUISITION CORP,**

*Plaintiffs,*

–against–

**ROGER POST,**

*Defendant.*

**ROGER POST and W.B. MASON COMPANY, INC.**

*Counterclaim Plaintiffs,*

–against–

**OFFICE DEPOT, INC., and**
**OCS ACQUISITION CORP**

*Counterclaim Defendants.*

07 Civ. 2871
(DLC)

## STIPULATION OF DISMISSAL OF W.B. MASON'S COUNTERCLAIM WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Counterclaim Plaintiff W.B. Mason Company, Inc., through its attorneys, stipulates and agrees that W.B. Mason Company, Inc.'s Counterclaim against Office Depot, Inc. and OCS Acquisition Corp. is hereby dismissed without prejudice in its entirety.

The parties will bear their own attorneys' fees and costs.

**HODGSON RUSS LLP**

By: _____
S. Robert Schrager (RS-0952)
60 East 42nd Street
New York, New York 10165
Tel.:   (212) 661-3535
Fax:   (212) 972-1677

*Attorneys for Plaintiffs Office Depot, Inc. and*
*OCS Acquisition Corp.*


Dated: July 17, 2007

**NIXON PEABODY LLP**

By: _____
Matthew T. McLaughlin (MM-7462)
100 Summer Street
Boston, Massachusetts 02110
Tel.:   (617) 345-1000
Fax:   (617) 345-1300

*Attorneys Counterclaim Plaintiff W.B. Mason*
*Company, Inc.*

2