UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE DEPOT, INC., and
OCS ACQUISITION CORP,

    *Plaintiffs,*

-against-

ROGER POST,

    *Defendant.*

ROGER POST and W.B. MASON COMPANY, INC.

    *Counterclaim Plaintiffs,*

-against-

OFFICE DEPOT, INC., and
OCS ACQUISITION CORP

    *Counterclaim Defendants.*

07 Civ. 2871
(DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 7/20/07

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs and Counterclaim Defendants Office Depot, Inc. and OCS Acquisition Corp., and Defendant and Counterclaim Roger Post, through their attorneys, stipulate and agree that Plaintiff's Complaint against Roger Post and Roger Post's Counterclaim against Office Depot, Inc. and OCS Acquisition Corp. are hereby dismissed with prejudice.

The parties will bear their own attorneys' fees and costs.

SO ORDERED:

_____
U.S.D.J.

July 20, 2007