Case 1:07-cv-02871-DLC    Document 22    Filed 07/19/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE DEPOT, INC., and
OCS ACQUISITION CORP,

    *Plaintiffs,*

--against--

ROGER POST,

    *Defendant.*

ROGER POST and W.B. MASON COMPANY, INC.

    *Counterclaim Plaintiffs,*

--against--

OFFICE DEPOT, INC., and
OCS ACQUISITION CORP

    *Counterclaim Defendants.*

07 Civ. 2871
(DLC)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

### STIPULATION OF DISMISSAL OF W.B. MASON'S COUNTERCLAIM WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Counterclaim Plaintiff W.B. Mason Company, Inc., through its attorneys, stipulates and agrees that W.B. Mason Company, Inc.'s Counterclaim against Office Depot, Inc. and OCS Acquisition Corp. is hereby dismissed without prejudice in its entirety.

The parties will bear their own attorneys' fees and costs.

SO ORDERED:

_____
U.S.D.J.

July 20, 2007